UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: Victor O Falaiye | Case no. 19-13080-LSS |
| Debtor(s) | Chapter 13 |

Motion to Dismiss Case

Victor O Falaiye files this Motion to Dismiss Case and in support thereof states as follows:

Debtor has decided to dismiss his chapter 13 bankruptcy case.

Wherefore Victor O Falaiye prays for the entry of an order granting Motion to Dismiss Case and granting such further relief as the court deems just and proper.

/s/ J. Michael Broumas
J. Michael Broumas, Esquire
Broumas Law Group LLC
8370 Court Avenue, Suite 203
Ellicott City, Maryland 21043
(410) 840-7575
Counsel for Debtor(s)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 19, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of Motion to Dismiss Case and Proposed Order and the Proposed Order will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

/s/    J. Michael Broumas
J. Michael Broumas, Esquire
Broumas Law Group LLC

8370 Court Avenue, Suite 203
Ellicott City, MD 21043
Tel. No. (410) 840-7575